GEORGE GARDNER v. JAMES GRUBB.

An action for money had and received for a bet will not lie before a justice of the peace.

CERTIORARI. The record was—action of assumpsit for money had and received for a bet. Amount demanded $25. And the exception was that it did not sufficiently state and disclose the cause of action, but stated as it was, it was not within the jurisdiction of a justice of the peace.

*By the Court.* The record imports that the action was for the money won upon the bet, and whether against the stake-holder or the other party to the wager, the judgment must be reversed.